# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 17-1254** **September Term, 2017**

**FAA - 11/10/16 Letter**

**Filed On:** April 3, 2018

First Aviation Services Inc. and Piedmont Propulsion Systems, LLC,

Petitioners

v.

Federal Aviation Administration,

Respondent

**BEFORE:** Henderson, Tatel, and Katsas, Circuit Judges

**O R D E R**

Upon consideration of the motion to dismiss, the response thereto, and the reply, it is

**ORDERED** that the motion to dismiss be granted. Even assuming respondent's inaction constitutes a final order for purposes of 49 U.S.C. § 46110(a), petitioners have not rebutted the presumption that respondent's decision not to commence an enforcement action is a nonreviewable exercise of agency discretion. See Heckler v. Chaney, 470 U.S. 821, 831 (1985). Insofar as petitioners seek to compel respondent to provide them directly with the requested information, the petition for review may be construed as a petition for writ of mandamus. Petitioners, however, are not entitled to mandamus relief, as they have not demonstrated that respondent has a "clear duty" to provide the requested information. Thomas v. Holder, 750 F.3d 899, 903 (D.C. Cir. 2014).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**